PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DORISELENA ORTIZ, | ) | |
| | ) | CASE NO. 1:25-CV-000703 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **ORDER OF REMAND** |
| Defendant. | ) | |

On February 25, 2026, the assigned magistrate judge issued a Report and Recommendation ("R&R") (ECF No. 11) to reverse the Commissioner's decision and remand Plaintiff's claim for further administrative proceedings. The Federal Magistrates Act requires a district court to review *de novo* only those portions of an R&R to which the parties have objected within fourteen days of service. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Failure to timely object waives appealability. *See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objection, a district court may adopt an R&R without in-depth review. *See Thomas*, 474 U.S. at 149. Objections to the instant R&R were due by March 11, 2026. None have been filed. Accordingly, the Court adopts the R&R (ECF No. 11), reverses the Commissioner's decision denying disability insurance benefits, and remands the case for renewed administrative proceedings not inconsistent with the R&R.

(1:25-CV-000703)

This Order constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.


      IT IS SO ORDERED.


March 19, 2026                                     */s/ Benita Y. Pearson*

Date                                                   Benita Y. Pearson

                                                  United States District Judge